IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**WENDELL DUNCAN, # 32726**                                            **PLAINTIFF**

**VERSUS**                                **CIVIL ACTION NO. 3:16cv611-WHB-JCG**

**COMMISSIONER MARSHALL FISHER,**
**LIEUTENANT ROME, and MELVIN**
**THOMAS**                                                                   **DEFENDANTS**

## SECOND ORDER ADDING DEFENDANTS

BEFORE THE COURT are pro se Plaintiff Wendell Duncan's Letter [13], fifth Affidavit [14], and Response [17]. Collectively, these pleadings add Sergeant Smith, Richard Pennington, Earnest Lee, Verlena Flagg, Timothy Morris, Deputy Warden Cox, Dennis Gregory, and Kathryn McIntyre as Defendants. The Clerk of Court shall add them to the docket.

**IT IS THEREFORE ORDERED** that the Clerk of Court shall add Sergeant Smith, Richard Pennington, Earnest Lee, Verlena Flagg, Timothy Morris, Deputy Warden Cox, Dennis Gregory, and Kathryn McIntyre as Defendants herein.

**SO ORDERED**, this the 21st day of November, 2016.

                                                         s/ John C. Gargiulo
                                                         UNITED STATES MAGISTRATE JUDGE